UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 02-3 |
| v. Mohammed, et al DEFENDANT(S). | NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE |

On  1-2-02  a document entitled _____

_____

_____

_____

was filed in this Court on behalf of  // _____

Because of the nature of said documents, or the exhibits attached thereto, the same has been withheld from the case file and has been placed in a restricted area.

If the document is needed for any purpose, it may be obtained by contacting the Exhibit Custodian.

CLERK, U. S. DISTRICT COURT

DATED: 1-17-02          By: S. [signature]
                             Deputy Clerk

ENTER ON ICMS
JAN 17 2002

G-24 (4/00)         NOTICE RE: DOCUMENT WITHHELD FROM CASE FILE