1  JOHN S. GORDON
   United States Attorney
2  RONALD CHENG
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   MICHAEL J. STERN (Bar No. 194342)
4  CHRISTOPHER BRUNWIN (Bar No. 158939)
   Assistant United States Attorney
5  California Bar Number: 155299
   Narcotics Section
6       1400 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-3898
8
   Attorney for Plaintiff
9  United States of America



FILED
2002 JAN 31 AM 10: 36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 02-0003-CAS |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF FILING UNDER SEAL AND IN CAMERA |
| v. | ) | |
| KHALIL MOHAMMED et al., | ) | |
| Defendants. | ) | |

The government hereby gives notice that it has filed a pleading under seal and in camera this day.

DATED: January 31, 2002

Respectfully submitted,

JOHN S. GORDON
United States Attorney

RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division

MICHAEL J. STERN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

ENTER ON ICMS
FEB - 4 2002



## CERTIFICATE OF SERVICE

I, **SUSANA ZAMBRANO,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **January 31, 2002**, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage,
a copy of:
**GOVERNMENT'S NOTICE OF FILING UNDER SEAL AND IN CAMERA**
service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Michael Treman**
(805) 963-3754

**Robert Howard**
United States Probation Office
(213) 894-3627

at **their** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **January 31, 2002**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

(Legal Secretary) Susana Zambrano