# *Memorandum*



**FILED**

| | |
|---|---|
| Subj:<br>UNITED STATES v. KHALIL<br>MOHAMMAD, et al. 02-00003(A)-CAS | Date:<br>February 25, 2002 |

2002 FEB 26 PM 12: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

To:  SHERRI R. CARTER
     Clerk, United States District Court
     Central District of California

From: CHRISTOPHER BRUNWIN
      Assistant United States Attorney
      Criminal Division

The above pleading seeking authority for an investigative action and being filed on February 26, 2002,

_____ relates to

___XX___ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

_____ relates to

__XX__ does not relate to

(1) a matter pending in the Major Frauds Section of the United States Attorney's Office before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or (2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the United States Attorney's Office.

_____ relates to

__XX__ does not relate to

(1) a matter pending in the Organized Crime Section of the United States Attorney's Office before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) a matter in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office;

_____ relates to

__XX__ does not relate to

(1) a matter pending in the Narcotics Section of the United States Attorney's Office before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or (2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

CHRISTOPHER BRUNWIN
Assistant United States Attorney