

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No: CR 02-00003(B)-CAS                    Date: April 22, 2004

==================================================================

PRESENT: HONORABLE CHRISTINA A. SNYDER, JUDGE

| Maynor R. Galvez | Laura Elias | Christopher Brunwin |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER:   Arabic Interpreter, Jacquelen Kamel Agban

==================================================================

U.S.A. vs (Dfts listed below)            Attorneys for Defendants
1) RASHEED AZIZ                          1) DARLENE RICKER
X  pres  X custody  ___bond              X  pres  X apptd  ___retnd

PROCEEDINGS:   RASHEED AZIZ'S MOTION FOR TERMINATION OF COUNSEL AND
               APPOINTMENT OF NEW COUNSEL

The Court heard argument from defendant as to his request for new counsel.
Based on defendant's views and counsel's representation to the court, the
court hereby relieves Darlene Ricker as counsel of record.

The court hereby appoints George W. Buehler as counsel for defendant Rasheed
Aziz.  The Clerk is ordered to add Mr. Buehler to the docket as follows:
George W. Buehler
350 S. Grand Ave. Suite 3900
Los Angeles, CA 90071
Tel: 213-625-3900
Fax: 213-625-1600

Mrs. Ricker is ordered to transfer her file to Mr. Buehler forthwith.


IT IS SO ORDERED

APR 23 2004

MINUTES FORM 6
CRIM - GEN                                      Initials of Deputy Clerk