1

<pre>
 1

 2                 UNITED STATES DISTRICT COURT

 3                 CENTRAL DISTRICT OF CALIFORNIA

 4                           - - -

 5    THE HONORABLE CHRISTINA A. SNYDER, JUDGE PRESIDING

 6
      UNITED STATES OF AMERICA,
 7                        Plaintiff,
            vs.
 8                                        CR-02-3-CAS-1
      KHALIL MOHAMMED, et al.,
 9                        Defendants.

10    ------------------------------

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14              Los Angeles, California

15                June 20, 2003

16

17

18              SHARON A. SEFFENS, RPR
                United States Courthouse
                411 West 4th Street, Suite 1-1053
19              Santa Ana, CA  92701
                (714) 543-0870
20

21

22

23

24

25
</pre>

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   DEBRA W. YANG
     United States Attorney
 4   STEVEN D. CLYMER
     Special Assistant United States Attorney
 5   Chief, Criminal Division
     CHRISTOPHER BRUNWIN
 6   MICHAEL J. STERN
     Assistant United States Attorneys
 7   312 North Spring Street
     Los Angeles, CA  90012
 8   For Defendant SAID ABDELAZIZ:

 9   For Defendant SAID ABDELAZIZ:

10   ALAN EISNER
     Alan Eisner Law Offices
11   14401 Sylvan Street, Suite 112
     Van Nuys, CA  91401

12

13   MICHAEL K. MOBERLY
     MICHAEL HAMMAD LAW OFFICES
14   2042 Goldeneye Place
     Costa Mesa, CA  92626

15

16   ALSO PRESENT:

17   Arabic Interpreter

18

19

20

21

22

23

24

25
```

3

1    LOS ANGELES, CALIFORNIA; JUNE 20, 2003; P.M. SESSION

2            THE CLERK:  Item No. 2, SACR-02-3-CAS-1,

3    United States of America versus Said Abdelaziz, et al.

4            Counsel, your appearances, please.

5            MR. BRUNWIN:  Christopher Brunwin for the

6    United States, and with me is AUSA Michael Stern as well.

7            MR EISNER:  Alan Eisner on behalf of Said

8    Abdelaziz.  He is present in court and being assisted by an

9    Arabic language interpreter.

10           THE COURT:  Good afternoon.

11           Mr. Eisner, I am in the process right now of

12   approving your request to substitute in as attorney of

13   record.

14           MR EISNER:  Substitute out.

15           THE COURT:  Out.  I'm sorry.  My mistake.  All

16   right, then I will permit that to occur.

17           THE CLERK:  Can I get the appearance of new

18   counsel?

19           THE COURT:  Yes.

20           MR. MOBERLY:  Michael Moberly.

21           THE COURT:  Good afternoon.

22           Are we all prepared to proceed today?

23           MR. MOBERLY:  With regard to this motion, I just

24   spoke with Mr. Eisner.  This is the first time I have seen

25   this, so obviously I am not prepared to go today.  I would

4

1    ask the Court's permission to obtain a short continuance so

2    I can review it and be prepared.

3             THE COURT:  Yes, I am happy to do that.  I must

4    say -- I think you need to look at what the government says

5    about Federal Criminal Procedure Rule 12.3(a)(2)(C) because

6    that seems to me to be the prerequisite.

7             How much time would you need?

8             MR. MOBERLY:  A week to two weeks.

9             THE COURT:  What if we put it over for two weeks

10   then?

11            THE CLERK:  The week of July 7?

12            THE COURT:  Monday, the 7th, how does that look?

13   I have a dental appointment late, but -- could we try at

14   1:00?  How about 1:00 on the 7th?

15            MR. MOBERLY:  That's fine.

16            THE COURT:  Mr. Brunwin?

17            MR. BRUNWIN:  I believe I have a 1:30, but I can

18   certainly --

19            THE COURT:  We have another matter in the

20   preceding week.  Don't we have a status conference?

21            THE CLERK:  On July 1, there's a status conference

22   for all defendants.  That's at 3:00.

23            MR. BRUNWIN:  For the sake of this motion, I

24   believe that the defendant filed this under seal.  I believe

25   there were concerns about the confidentiality of this

5

1  motion.

2        THE COURT:  You're right, so that doesn't make any

3  sense at all, so 1:00 probably would be the appropriate time

4  if you can do that, Mr. Brunwin.

5        MR. BRUNWIN:  Yes.

6        THE CLERK:  So the motion is continued to July 7

7  at 1:00.

8        THE COURT:  Okay.  Then we will see you all back

9  then.

10        MR. MOBERLY:  Your Honor, I apologize.  Mr.

11  Abdelaziz would like to address the Court briefly.

12        THE COURT:  Yes.

13        MR. BRUNWIN:  Just out of an abundance of caution,

14  if he is going to say something that should relate to what

15  should be kept confidential, I think we should inquire of

16  that before, and I think the courtroom needs to be cleared.

17        THE COURT:  Yes.

18        MR. MOBERLY:  Your Honor, he is not going to

19  address anything relating the matter --

20        THE COURT:  We can't hear you unless you speak

21  into the microphone.

22        THE DEFENDANT:  I would like the court to be

23  sealed.  I don't want anybody present here besides the

24  parties.

25        THE COURT:  You don't want anyone present besides

6

1  the marshals.
2          Are you going to address something that's under
3  seal?
4          THE DEFENDANT:  Yes.
5          THE COURT:  You are?
6          MR. MOBERLY:  Your Honor, may I speak with him?
7          THE COURT:  Yes.
8          (Counsel and defendant conferring.)
9          THE DEFENDANT:  At this time, I do not wish to
10 address the Court.
11         THE COURT:  All right, thank you.
12            *(Proceedings were adjourned.)*
13                       -oOo-
14
15
16
17
18
19
20
21
22
23
24
25

7

```
1                              -oOo-

2

3                            CERTIFICATE

4

5          I hereby certify that pursuant to Section 753,

6   Title 28, United States Code, the foregoing is a true and

7   correct transcript of the stenographically reported

8   proceedings held in the above-entitled matter and that the

9   transcript page format is in conformance with the

10  regulations of the Judicial Conference of the United States.

11

12  Date:  January 25, 2007

13

14
                        Sharon A. Seffens        1/25/07
15                      _____
                        SHARON A. SEFFENS, U.S. COURT REPORTER
16

17

18

19

20

21

22

23

24

25
```